No. A-CV-29-80

## COURT OF APPEALS OF THE NAVAJO NATION

November 26, 1980

In Re:   Admission to Practice Before
The Courts of the Navajo Nation

### ORDER

Tom Tso, Esq., Chairman of the Navajo Bar Admission Committee, Window Rock, Arizona, for Applicants.

Review of Motion by Nelson J. McCABE, Chief Justice.

Order entered.

The above-entitled matter having come before the Honorable Court this date on a Petition for Admission to practice law before the Courts of the Navajo Nation, filed by Tom Tso, Chairman, Bar Admissions Committee, Navajo Nation Bar Association, on behalf of the twenty applicants who have successfully passed the appropriate bar examinaton and are qualified to practice law before the Courts of the Navajo Nation; the Court otherwise being fully informed in the premises thereof finds that said petition ought be granted.

THEREFORE, IT IS HEREBY ORDERED that the Petition for Admission to Practice before the Courts of the Navajo Nation, filed in this cause be and is granted.

IT IS FURTHER ORDERED that the following persons be and are hereby admitted to practice law before the Courts of the Navajo Nation:

George J. ADSON, JR.
Bruce B. BALTAR
David W. BARROW
Irene Feigenoff BARROW
Mark Glenton BEDEL
J. Tonny BOWMAN
Virginia BYRNES
Miki DEERWATER
Steven A. HARVEY
Cynthia H. HELLER
Dave JACKSON
Steven LeCUYER
Juanita LUMPMOUTH
Mary Lynne NEWELL
Jane T. NEZ
G. Irene Crawford ROACH
Angela SANFORD
Nona Lou SMITH
Guy C. THOMAS
Casey WATCHMAN